(Rev. 5/05)

### FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

(1) __William F. Davis____ __162762____
   (Name of Plaintiff)     (Inmate Number)

__1181 Paddock Rd  Smryna De. 19977__
   (Complete Address with zip code)

(2) __William F. Davis__ __162762__
   (Name of Plaintiff)     (Inmate Number)

__1181 Paddock Rd Smryna De. 19977__
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

           vs.

(1) __Captain  Emmit____

(2) __Rapheal  Williams____

(3) __Commisioner Stan  Taylor__
    (Names of Defendants)
  __Inmate  Bryan  Casey__
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

 

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

$( \epsilon - 3\ 4\ 3$

(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

• • Jury Trial Requested

```
F I L E D

MAY 2 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

BD scanned
IFP

#### I.  PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number, including year, as well as the name of the judicial officer to whom it was assigned:

__William Frederick Davis III  - Plaintiff - V.__

__Raphael Williams, First correction Medical, DR. Boston,__

__Brian Casey, Correctional Officer Davits, Captain Emmit,__

__Correctional Officer Reginald Mayes and Debra Muscarella.__

__civ. No. 05-067-SLR__

II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • (Yes)    • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • (Yes) • • No

C.    If your answer to "B" is Yes:

1.    What steps did you take? Talked to cpt. Emmit, wrote letters to all the higher-ups - put in Grievences

2.    What was the result? Cpt. Emmit said I cannot press charges, Higher ups gave no response, prison staff said they received no grievences

D.    If your answer to "B" is No, explain why not: _____

_____

III.    DEFENDANTS (in order listed on the caption)

(1)    Name of first defendant: Captain Emmit

Employed as Captain                    at Howard R. Young correctional Inst.

Mailing address with zip code: Wilmington De, 19801

_____

(2)    Name of second defendant: Raphael Williams

Employed as Warden                    at Howard R. Young Correctional Inst.

Mailing address with zip code: Wilmington De, 19801

_____

(3)    Name of third defendant: Stan Taylor

Employed as Commisioner                    at _____

Mailing address with zip code: _____

_____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) Brian Casey - Inmate    2

Address - N/A

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.  May 31st, 2004 Captain Emmit, Internal affairs, delivered indifference pertaining to the assault on me from Brian Casey while I was in the breakfast line, Brian Casey Broke my jaw which was fixed with pins and screws. Mr Casey went to the Hole but Cpt. Emmit refused to let me press charges.

2.  Warden Raphael Williams was notified about the assault, and I, William Davis wrote letters to him about the assault and got no response, I also wrote the NAACP and they to did not want to get involved. I am still suffering from pain and Numbness on both sides of my jaw

3.  Stan Taylor is in charge of all correctional Institutions, and it is to my understanding that he is notiffied of Major assaults such as mine and he to failed to do anything about the incident.

## V.  RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.  Compensation from pain and suffering Due to injury to my jaw which was broken, in the amount of 1,000,000,000 (one million dollars)

3

2.   Brian Casey for punitive damages. Reason: Called me
     a child molester, and that was his reason for assaulting
     me and harrasing me.

     _____

3.   Captain Emmit - Punitive damage - For not properly
     investigating incident. He told me I could not press
     charges against inmate Brian Casey. Being deliberatly
     indifferent

     _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _2/_ day of _MAY_ , 2 _2006_

William P. Carett
(Signature of Plaintiff 1)

William P. Carett
(Signature of Plaintiff 2)

William P. Carett
(Signature of Plaintiff 3)

4



I/M William E. Davis
SB# 00 762   UNIT W-3 East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
UNIT 1
SMYRNA, DELAWARE 19977

WILMINGTON

19850  MAY  22

office of the Clerk
United States District Court
844 N. King Street Lock box, 18
Wilm, Del        19801-3570

William F DAVIS III
SBI# 162762  1-C-16
H.R.Y.C. I, PO Box 9561
Wilmington Del. 19809

RE: Civil Action ~~~~~~~

Capt. Williams
H. R. Y. C. I, PO Box 9561
Wilmington Del 19809

Dear CapT. Williams

In regards to the above Captioned
Civil action where in inmate Brian
Casey Broke my Jaw on may, 31, 2004,
Subsequentley inmate Brian casey was
sent to the hole For his actions. Officer
Mcreynolds witnessed the incident
and I was not at fault and I was
not disciplined. Capt. EMitt investigated
the incident and foward the information
to the attorney genaral office and
Capt emitt stated that they will not
press charges against Brian casey.

To: United States District court
From: William Frederick, Davis III
RE: State of Delaware Department of Corrections (SDDOC)
and Medical Deparment SDDoc complaint statement

3

## Statement

1

The statement hereof is about an incident that
occurred in the yard of 1D pod on July 16, 2004
and its mitigating circumstances. There on 1D pod,
yard, inmate Brian Casey pushed me with his hands in
my face. Officer Davis did not document the incident
on the 4 to 12 shift and no documents were ever Doc
generated about it. And Mr. Casey was not disciplined,
but I did file a grievance on the same day (attached).
Later in the week inmate Casey again pushed me in the face
playing basketball in front of Officer Maze of the 4
to 12 shift and again, the incident was not documented
nor was Casey disciplined.

Two weeks later on July 30, 2004, during breakfast,
Brian Casey called me a child molester (I have
burglary crimes). We stood face to face during his accus-
ation and when I turned my back, Mr. Casey punched me
in my mouth shattering my jaw on both sides. A code
was called and Officers took me to the infirmary. The
infirmary nurse quickly looked at my mouth putting
a gauze bandage upon it. The action was an attempt
to stop the bleeding inside my mouth, but the bleeding
was excessive and did not stop. The blood welled-up
in my mouth several times and I was forced to
swallow the blood in order to breathe. The bleeding
stopped on its own without anymore help from the
nurse as no more help was ever rendered in the
infirmary. I was sent back to the pod with the
gauze bandage in place on my face. Once in my cell,
I was able to see my jaw in the mirror noticing it
was extremely crooked and off alignment.
I couldn't move my jaw except with my hand
feeling that several breaks were there. As a result,
I didn't and couldn't eat for five days. My jaw
could not be moved with my mouth to eat. I told
the Doc officers many times that I couldn't eat
because the jaw was broken and my complant was
ignored. After the five days, my pod counselor Ms. Deborah
called the infirmary. and I was admitted but lay there
another six days with a broken jaw before being seen
by a surgeon. The Doc officers were Officers Mays and Reynolds.
Brian Casey was on 1D pod

At that time mental health procedures were followed. Mr. Casey was removed from the pod for displaying inappropriate behavior, i.e., loud speaking, pushing and touching people, profane language, etc. But three months later Mr. Casey returned to 1D pod displaying the same behavior. In the return of Casey, Security Staff did not use the normal Transition Unit Level System (attached Exhibit "A") being deliberately indifferent to me and jeopardizing my life and mental health stability.

1) I was pushed in the face twice on 7-16-2004 and 7-20-2004 with Security Staff present but I was deliberately ignored and nothing was documented. Brian Casey was never disciplined at either incident scene.

2) Many inmates were talking about me as a child molester but I am in prison for burglary. The fact hereof is pertinent as it made me vulnerable to the poor behavior of Brian Casey who had the same opinion of me calling me a child molester.

3) My jaw was shattered severely on both sides by Brian Casey. I was operated upon from under my chin which has two obvious scars now. Eleven metal screws were used attempting to mend the jaw. My lower lip is still swollen after the operation of August 11 almost two months ago as of the writing hereof. I am constantly slobbering and numbness remains in my chin. It took eleven days before surgery was done. The pain is often unbearable even now.

4) My mental health has gotten worse as a result of the injury. Depression and concern about family life conditions with my appearance being altered. Loss of my right to a social and family life are existant.

5) Captain Emitt, many times, deliberately ignored me about my questions involving the incidents regarding discipline of Casey and the documenting of the incidents not occurring.