IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, )<br>　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　)<br>　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　) Civ. No. 06-343 SLR<br>　　　　　　　　　　　　　　)<br>CAPTAIN EMMIT, RAPHAEL　　　)<br>WILLIAMS, COMMISSIONER STAN )<br>TAYLOR, and INMATE BRIAN CASEY,)<br>　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　) | |

**AUTHORIZATION**

I, William F. Davis, SBI #162762 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $23.03 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _June 1_, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _6-7-06_, 2006.

FILED
JUN -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_William F. Davis III_
Signature of Plaintiff

Ⓑ scanned

IM William F. Davis III
SBI# 162762    UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 JUN 2006 PM 1 T

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lock box 18
Wilm, Del    19801-3570