to: office of the Clerk

D.C.C withdraw 14.00 dollard from my Amount to you the date 7-19-06. my case was dismiss the date 7-20-06 at 2:03 pm and filed on 7-20-06 do the Court owe me 14.00 dollard. if the Court owe me 14.00 dollard my S.B.I 162762 Number on the money order.

Case Number 1:06 CV 343   thank you

William F. Davis IV

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE
2006 AUG -1 PM 3:06
BD scanned